**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Matthew Lane DRENNEN,
Defendant—Appellant.**

**No. 04–6006.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 26, 2004.

Decided: June 14, 2004.

Matthew Lane Drennen, Appellant pro se.

Paul Thomas Camilletti, Office of the United States Attorney, Martinsburg, West Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Matthew Lane Drennen appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Drennen,* No. CR–95–27–5 (N.D.W.Va. Oct. 9, 2003); *see also United States v.* *Capers,* 61 F.3d 1100, 1109 (4th Cir.1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*